UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA D. WORKMAN, as the
personal representative of the Estate of
Alan E. Workman,

    Plaintiff,

v.                                                   Case No. 8:17-cv-3010-AEP

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **ORDER**

The Defendant filed a Notice of Settlement (Doc. 56), indicating that the parties reached a full settlement in this case. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this Order, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause. The Clerk is directed to (1) administratively close the case and (2) terminate all pending motions and deadlines.

**DONE AND ORDERED** in Tampa, Florida, on this 26th day of July, 2019.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record